UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

NOV - 9 2021

Nathan Ochsner
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-21-984 |
| ENRIQUE CARDENAS, JR. | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about October 18, 2021, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**ENRIQUE CARDENAS, JR.,**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than five (5) kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### COUNT TWO

On or about October 18, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ENRIQUE CARDENAS, JR.,**

did knowingly and intentionally possess with intent to distribute a quantity more than five (5) kilograms, that is, approximately 22 kilograms (48.4 pounds) of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
Oscar Ponce
Assistant United States Attorney